IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MARY CATES**                                                                                           **PLAINTIFF**

**v.**                                        **Case No. 4:24-cv-00226-KGB**

**COMMISSIONER,**
**SOCIAL SECURITY ADMINISTRATION**                                     **DEFENDANT**

## ORDER

Before the Court are the Proposed Findings and Recommendations ("Recommendations") submitted by United States Magistrate Judge Patricia S. Harris (Dkt. No. 10). No party has filed objections to the Recommendations, and the time to file objections has passed. After careful consideration, the Court concludes that the Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's finding in all respects (Dkt. No. 10). The Court grants defendant Martin O'Malley's unopposed motion for voluntary remand (Dkt. No. 9) and reverses and remands this case for further administrative proceedings. This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991). Judgment will be entered accordingly.

It is so ordered this the 21st day of January, 2025.

Kristine G. Baker
Chief United States District Judge